PER CURIAM.
 

 We grant John Kingcade’s Petition for Writ of Habeas Corpus, seeking a belated appeal. The order denying Kingcade’s motion for postconviction relief failed to advise him that he had a right to appeal the order within thirty days of its rendition.
 
 See
 
 Fla. R.Crim. P. 3.850(g);
 
 Lewis v. State,
 
 606 So.2d 767 (Fla. 4th DCA 1992).
 

 A copy of this opinion will be filed with the lower court and be treated as the notice of appeal from the order denying postconviction relief in Case No. 00-2493-CF-A-X in the Circuit Court in and for Marion County.
 
 See
 
 Fla. R.App. P. 9.141(c)(5)(D).
 

 WRIT GRANTED.
 

 ORFINGER, TORPY and COHEN, JJ., concur.